**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| Shanna W. Smith | § | |
| | § | |
| vs. | § | CIVIL ACTION NO: 2:14-CV-350 |
| | § | |
| Tire Centers, LLC | § | |

**MEDIATOR'S REPORT TO THE COURT**

A mediation conference was held in Dallas on October 15, 2014. All necessary parties were present and participated. The matter was **RESOLVED**. Signed this 15TH day of October, 2014.

*/s/ Richard Grainger*
Richard Grainger, Mediator
State Bar No. 08286000
**LAW OFFICES OF RICHARD GRAINGER**
P. O. Box 491
Tyler, Texas 75710
903.595.3514
903.595.5360 fax
e-mail: graingerpc@aol.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 26th day of June, 2014. Any other counsel of record will be served by facsimile transmission and/or first class mail.

*/s/ Richard Grainger*
Richard Grainger