THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SHANNA W. SMITH | § | |
| | § | |
| **Plaintiff** | § | |
| | § | No. 2:14-cv-350-RSP |
| vs. | § | |
| | § | |
| **TIRE CENTERS, LLC** | § | |
| | § | |
| **Defendant** | § | |

## AGREED ORDER OF DISMISSAL

On this day, came the Plaintiff Shanna W. Smith and Defendant Tire Centers, LLC, by and through their attorneys, and stated that all matters in controversy have been resolved amicably, and that this suit should be dismissed with prejudice to the refiling of same as to Defendant Tire Centers, LLC.

IT IS ACCORDINGLY ORDERED that this cause be and the same hereby is dismissed with prejudice against the refiling of same as to Defendant Tire Centers, LLC by Plaintiff herein. All court costs incurred herein shall be paid by the party incurring same.

All relief sought herein which is not expressly granted is denied.

**SIGNED this 18th day of November, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE